UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SOUTHBRIDGE COMPANIA DE SEGUROS GENERALES S.A.,<br><br>Plaintiff,<br><br>v.<br><br>JB HUNT TRANSPORT SERVICES,<br><br>Defendant. | CASE NO. 2:22-CV-105-JCC-DWC<br><br>ORDER ON MOTION TO WITHDRAW |

Before the Court is Defendant J.B. Hunt Transport Services' Motion For Leave For Withdrawal And Substitution Of Counsel For Defendant J.B. Hunt Transport Services. Dkt. 13. Attorneys David P. Rossmiller, Kelsey A. Terry, and Dustin J. Dorsey seek to be substituted as counsel for Attorney Sylvia Karen Bamberger for Defendant J.B. Hunt Transport Services. *Id.*[1]

---

[1] The Motion was not signed by opposing counsel. *See* Dkt. 13. Therefore, the Motion was improperly noted as a same day motion under LCR 7(d)(1).

ORDER ON MOTION TO WITHDRAW - 1

On June 30, 2022, Attorney Rossmiller filed a notice of appearance on behalf of J.B. Hunt Transport Services. Dkt. 14. On July 1, 2022, Attorneys Rossmiller and Terry filed an amended notice of appearance on behalf of J.B. Hunt Transport Services. Dkt. 16.

Under Local Civil Rule 83.2(b)(3),

> Where a party is represented by multiple attorneys from the same or different firms and one or more attorneys wish to withdraw but will not leave the client without representation, leave of the court to withdraw is not required. The remaining or withdrawing attorney(s) shall file a Notice of Withdrawal, which shall include a statement that the client remains represented and identifies the withdrawing and remaining attorneys. The Notices shall be signed by the withdrawing attorney(s) and the remaining attorney(s) of record to confirm that fact. If circumstances prevent obtaining the signature of the withdrawing attorney(s), the Notice must state those circumstances in sufficient detail to satisfy the court that those circumstances in fact preventing obtaining signature.

Here, J.B. Hunt Transport Services is currently represented by attorneys from different firms. As one attorney seeks to withdraw and J.B. Hunt Transport Services will not be left without representation, leave of the court is not required to withdraw. Therefore, the Motion (Dkt. 13) is denied as moot. If an attorney wishes to withdraw from representing J.B. Hunt Transport Services, the attorneys for J.B. Hunt Transport Services should comply with Local Rule 83.2.

Dated this 13th day of July, 2022.

David W. Christel
United States Magistrate Judge