UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SOUTHBRIDGE COMPANIA DE SEGUROS GENERALES S.A., <br><br> Plaintiff, <br><br> v. <br><br> JB HUNT TRANSPORT SERVICES, <br><br> Defendant. | CASE NO. 2:22-CV-105-JCC-DWC <br><br> ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT |

IT IS HEREBY ORDERED THAT that the Stipulated Motion For Leave To File Third-Party Complaint by Defendant J.B. Hunt Transport Services is GRANTED.

Dated this 13th day of July, 2022.

*[signature]*
David W. Christel
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
FOR LEAVE TO FILE THIRD-PARTY
COMPLAINT - 1