UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTHBRIDGE COMPANIA DE SEGUROS GENERALES S.A., as subrogee of AQUACHILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JB HUNT TRANSPORT SERVICES and JOHN DOE COMPANY, named as a pseudonym for a JB HUNT enterprise, <br><br> Defendants. | Case No.: 2:22-cv-00105-JCC-DWC <br><br> STIPULATION AND ORDER EXTENDING TIME FOR THIRD-PARTY DEFENDANT ANDOBA TRUCKING, INC. TO FILE ITS RESPONSE TO THE THIRD-PARTY COMPLAINT |
| JB HUNT TRANSPORT SERVICES <br><br> Third-Party Plaintiff, <br><br> v. <br><br> ANDOBA TRUCKING, INC. <br><br> Third-Party Defendant. | |

STIPULATION

Pursuant to Fed. R. Civ. P. 12(a) and Local Rules W.D. Wash. LCR 7(d)(1), the parties, by and their counsel of record, hereby stipulate to entry of the proposed Order set forth below,

STIPULATION AND ORDER EXTENDING TIME FOR THIRD-PARTY DEFENDANT ANDOBA TRUCKING, INC. TO FILE ITS RESPONSE TO THE THIRD-PARTY COMPLAINT - 1

BAILEY DUQUETTE
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869

granting Third-Party Defendant Andoba Trucking, Inc. ("Andoba") an extension until *August 10, 2022*, to file its response to the Third-Party Complaint. In support of this request, the parties submit as follows:

1. The original complaint in this matter was filed against JB Hunt Transport Services ("JB Hunt") on January 31, 2022. Dkt. #1. On March 9, 2022, JB Hunt filed its answer to the complaint. Dkt. #5.

2. On May 6, 2022, the Court issued an Order Setting Trial Date and Pretrial Schedule, which provided a deadline for joining additional parties of July 1, 2022. Dkt. #12.

3. On June 30, 2022, JB Hunt filed a Stipulated Motion for Leave to File Third-Party Complaint against Andoba, which the Court granted on July 13, 2022. Dkt. #15, 22.

4. On July 5, 2022, JB Hunt filed its Third-Party Complaint against Andoba (Dkt. #18), and thereafter, on or about July 6, 2022, served Andoba with the Third-Party Complaint. Based on the service date, Andoba's answer deadline would fall on July 27, 2022.

5. On July 25, 2022, the undersigned counsel from the Bailey Duquette P.C. law firm contacted counsel for Plaintiff and Defendant/Third-Party Plaintiff (a) indicating that they would be appearing on behalf of Andoba and (b) requesting an extension until August 10, 2022, to file a responsive pleading. Specifically, the proposed August 10, 2022 deadline constitutes a two-week extension from the current July 27, 2022 deadline based on the service date.

6. Plaintiff and Defendant/Third-Party Plaintiff have indicated that they do not oppose the proposed extension.

7. Based on the foregoing, Andoba respectfully requests that the Court grant it until *August 10, 2022*, to file its responsive pleading to the Third-Party Complaint.

STIPULATION AND ORDER EXTENDING TIME FOR THIRD-PARTY DEFENDANT ANDOBA TRUCKING, INC. TO FILE ITS RESPONSE TO THE THIRD-PARTY COMPLAINT - 2

BAILEY DUQUETTE
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869

ORDER

IT IS SO ORDERED. Third-Party Defendant Andoba Trucking, Inc. shall file and serve its response to the Third-Party Complaint by or before August 10, 2022.

DATED this 27th day of July, 2022.

*signature*

David W. Christel
United States Magistrate Judge

Respectfully Submitted:

BAILEY DUQUETTE P.C.
Counsel for Third-Party Defendant Andoba Trucking, Inc.

By: /s/ Hozaifa Y. Cassubhai
    Hozaifa Y. Cassubhai, WSBA #39512
    William R. Burnside, WSBA #36002
    500 Union Street, Suite 800
    Seattle, Washington 98101
    Telephone: (206) 225-2250
    Fax: (866) 233-5869
    Email: hozaifa@baileyduquette.com
    will@baileyduquette.com

Approved as to Form:

| THE CHARTWELL LAW OFFICES, LLP | NICOLL BLACK & FEIG, PLLC |
|---|---|
| Counsel for Defendant/Third-Party Plaintiff J.B. Hunt Transport Services | Counsel for Plaintiff Southbridge Compania de Seguros Generales S.A. as subrogee of Aquachile, Inc. |
| By: /s/ Kelsey A. Terry | By: /s/ Rodney Q. Fonda |
| David P. Rossmiller, WSBA #36491 | Rodney Q. Fonda, WSBA #6594 |
| Kelsey A. Terry, WSBA #52417 | 1325 Fourth Avenue, Suite 1650 |
| 1050 SW 6th Avenue, Suite 1100 | Seattle, Washington 98101 |
| Portland, Oregon 97204 | Telephone: (206) 838-7555 |
| Telephone: (503) 886-8108 | Fax: (206) 838-7515 |
| Fax: (503) 961-7864 | Email: rfonda@nicollblack.com |
| Email: drossmiller@chartwelllaw.com kterry@chartwelllaw.com | |

STIPULATION AND ORDER EXTENDING TIME FOR THIRD-PARTY DEFENDANT ANDOBA TRUCKING, INC. TO FILE ITS RESPONSE TO THE THIRD-PARTY COMPLAINT - 3

BAILEY DUQUETTE
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869